**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

MAR 0 1 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

AURELLO FRIAS (2),

                    Defendant.

CASE NO. 16CR2802 WQH

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

____   an indictment has been filed in another case against the defendant and
       the Court has granted the motion of the Government for dismissal of
       this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal,
       without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of
       acquittal; or

____   a jury has been waived, and the Court has found the defendant not
       guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Information:

31:5332(a)(b); 18:2; 31:5332(b)(2) - Bulk Cash Smuggling; Aiding and Abetting; Criminal Forfeiture (Felony)
(1)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:    2/LY/17

                              JUDGE WILLIAM Q. HAYES